**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6655**

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

PHILLIP MORRIS, tobacco manufacturers; BROWN &
WILLIAMSON TOBACCO CORPORATION, tobacco
manufacturers; B.J. REYNOLDS TOBACCO COMPANY,
tobacco manufacturers,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (CA-03-157-2)

Submitted: August 7, 2006          Decided: August 25, 2006

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

Reversed and remanded by unpublished per curiam opinion.

George Samuel Green, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Samuel Green, Jr., appeals the district court's order denying him leave to proceed on his 42 U.S.C. § 1983 (2000) complaint under the Prison Litigation Reform Act ("PLRA") without prepayment of fees. Although the district court found that Green had three "strikes" under 28 U.S.C. § 1915(g) (2000), we recently held that one of Green's dismissals did not satisfy the statutory requirement that a qualifying case be dismissed as frivolous, malicious, or for failure to state a claim. See Green v. Young, 454 F.3d 405 (4th Cir. 2006). Thus, we grant Green leave to proceed under the PLRA on appeal, and we reverse the district court's determination that Green was barred from proceeding under the PLRA. We remand to the district court for entry of an order granting Green leave to proceed without prepayment of fees under the PLRA and for further proceedings on his complaint. We deny Phillip Morris's motion for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

REVERSED AND REMANDED